FILED
IN OPEN COURT

- 1 2017

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Norfolk Division

UNITED STATES OF AMERICA    )
    )
    v.    )    CRIMINAL NO. 2:16cr55
    )
SHAKIR MCNEAL    )

## STATEMENT OF FACTS

If this matter had gone to trial, the United States would have proven the charge contained in the indictment beyond a reasonable doubt, by proof of the following facts, among others:

From August 2012 through June 2, 2017, in the Eastern District of Virginia and elsewhere, defendant SHAKIR MCNEAL and co-defendants Anthony V. Newton, Shaquana K. Taylor, Dewrel L. Burleson and others knowingly and unlawfully combined, conspired, confederated and agreed together with each other to commit the following offense, that is, to devise and intend to devise any scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises and for the purpose of executing such scheme and artifice, knowingly caused to be transmitted by wire communication in interstate commerce, certain writings, signs, and signals, that is, one or more wire transfers in furtherance of fraudulent Internet sales transactions, in violation of Title 18, United States Code, Section 1349.

The object of the conspirators' unlawful agreement was to make money by participating in a scheme to obtain monies from unsuspecting persons seeking to buy vehicles on Internet websites, such as craigslist. In so doing, one or more conspirators placed postings on craigslist offering to sell vehicles. One or more conspirators communicated with interested buyers by telephone, text messaging, and email. One or more conspirators recruited other conspirators to

receive deposits and wire transfers from persons seeking to buy vehicles advertised on craigslist. One or more conspirators opened new bank accounts or allowed their existing accounts to be used to receive such deposits and transfers. These monies were then shared among the conspirators.

It was a part of the conspiracy to open free, web-based email accounts in various names and to use these email accounts when posting listings of cars for sale on craigslist. The conspirators would post "for sale" listings on various craigslist websites including, for example, craigslist websites for Minneapolis, Albuquerque, Chattanooga, Los Angeles, Omaha, Peoria, and Atlanta. They would use these websites to advertise, among other things, the sale of classic and other vehicles in need of restoration -- so called "project cars" -- which the conspirators never intended to deliver to the buyers. They would also use multiple telephones, telephone numbers, and email accounts to communicate with interested buyers, and would later abandon such telephone numbers and email accounts after successfully obtaining buyers' monies.

The conspirators engaged others to open new bank accounts or use existing accounts to receive wire transfers and deposits from prospective buyers. After agreeing to sell a particular vehicle, for example, a conspirator would direct the buyer to wire a down payment or the entire sum due and would provide them with bank account and routing numbers for this purpose. After receiving deposits and wire transfers into such accounts, the conspirators would quickly withdraw the monies received for distribution among the conspirators, before buyers discovered the fraud and attempted to recall the funds. Shortly after fraudulently inducing prospective buyers to pay for vehicles, the conspirators broke off contact with such buyers, never delivered the items sold, never returned the monies transferred, and caused the buyers to suffer losses.



SHAKIR MCNEAL and Anthony Newton were first cousins. Newton was responsible for obtaining a portion of the funds from Taylor, Burleson and other co-conspirators. None of the other co-conspirators were aware of SHAKIR MCNEAL's identity. Newton was responsible for submitting a portion of the illegal funds to SHAKIR MCNEAL through bank acconts controlled by his daughter.

In furtherance of the conspiracy and to accomplish the objects of the conspiracy, SHAKIR MCNEAL, Anthony V. Newton, Shaquana K. Taylor, Dewrel L.Burleson and others committed the following acts in the Eastern District of Virginia and elsewhere:

## Victim K.G.'s Attempt to Buy a 1967 Chevy Corvette

On June 25, 2013 in Norfolk, Virginia, Shaquana Taylor opened checking and savings accounts at the Bank of America. In July 2013, Taylor gave a conspirator her Bank of America account and routing numbers, so Newton could give them to another conspirator in California. On or about October 25, 2013, a conspirator posted a listing on the Los Angeles craigslist website offering to sell a 1967 Chevy Corvette. Four days later, a conspirator, falsely using the name of "Shaquank Taylor," convinced K.G. to wire approximately $43,950.00 in interstate commerce to Taylor's account at Bank of America in the Eastern District of Virginia. Newton and Burleson instructed Taylor to withdraw the money from the Bank of America account and to give a significant portion of those funds to them. From October 29 through November 4, 2013, in Norfolk, Chesapeake, and Virginia Beach, Virginia, Taylor made six separate withdrawals at the Bank of America of approximately $6,000.00, $8,000.00, $8,000.00, $8,000.00, $5,900.00, and $8,000.00, which funds were shared with Anthony Newton, Dewrel Burleson, and SHAKIR MCNEAL.



## Victim M.H.'s Attempt to Buy a 1956 Porsche Cabriolet

On July 8, 2014 in Norfolk, Virginia, Shaquana Taylor opened an account at Wells Fargo Bank.  In July 2014, Taylor gave a conspirator her Wells Fargo bank account and routing numbers so Anthony Newton could give them to another conspirator in California.  On July 29, 2014, a conspirator posted a listing on the Omaha craigslist website offering to sell a 1956 Porsche Cabriolet.  On that same day, a conspirator, falsely using the name "Shaq Taylor," convinced M.H. to wire approximately $20,000.00 in interstate commerce to Taylor's account at Wells Fargo Bank in the Eastern District of Virginia, and falsely promised to provide M.H. with the title for the 1956 Porsche after receiving the money.  Later on that same day (July 29, 2014), Newton and Dewrel Burleson instructed Taylor to withdraw the money.  On August 7, 2014, in Norfolk, Virginia, Taylor signed for a FedEx delivery from Wells Fargo Bank containing a cashier's check for approximately $19,786.00.  That same day, Taylor deposited the Wells Fargo check for approximately $19,786.00 into her account at Navy Federal Credit Union.  SHAKIR MCNEAL obtained a portion of these stolen funds.

SHAKIR MCNEAL, Anthony Newton, Shaquana Taylor and other co-conspirators were responsible for defrauding at least 14 victims in this wire fraud scheme and the total amount of losses reasonable foreseeable to SHAKIR MCNEAL and the other co-conspirators are $146,900.

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____
Stephen W. Haynie
Assistant United States Attorney

4

After consulting with my attorney, I hereby stipulate that the above statement of facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
SHAKIR MCNEAL
Defendant

I am SHAKIR MCNEAL's attorney.  I have carefully reviewed the above statement of facts with the defendant.  To my knowledge, the defendant's decision to stipulate to these facts is an informed and voluntary one.

_____
Eric Leckie
Counsel for Defendant

5