AO 442 (Rev. 11/11) Arrest Warrant

**ORIGINAL**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

10049262
ARP

United States of America
v.
SHAKIR MCNEAL

Case No. 2:16cr55

Defendant

RECEIVED UNITED STATES MARSHAL
2018 FEB 12 P 5:31
EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* SHAKIR MCNEAL,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☑ Order of the Court

This offense is briefly described as follows:

The court directs that a warrant issue for defendant for failure to appear on Thursday February 8, 2018 at 2:00 p.m., as directed.
BOND RECOMMENDATION: DETENTION

Original Charge: Count One: T.18:1343 and 2, T.18:1349 - Conspiracy to Commit Wire Fraud, et al/Criminal Forfeiture T.18:1343 and 1349 pursuant to T.18:981(a)(1)(C) and T.28:2461(c), U.S.C. Section 853(p).

Date: 02/08/2018

/s/
*Issuing officer's signature*

City and state:  Norfolk, Virginia

Rebecca Beach Smith, Chief U.S. District Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* Feb 12, 2018, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____                          _____ |
|                                       *Arresting officer's signature* |
|                                       _____ |
|                                       *Printed name and title* |

FILED

2018 JUN 13 AM 10: 42

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

MWP

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America
PLAINTIFF(S)

v.

Shakir McNeal
DEFENDANT(S).

CASE NUMBER

2:16CR-55

MJ 18-1521

**AFFIDAVIT RE
OUT-OF-DISTRICT WARRANT**

---

The above-named defendant was charged by: __United States District Court__
in the __Eastern__ District of __Virginia__ on __2/12/2018__
at __5:31__ ☐ a.m. / ☑ p.m. The offense was allegedly committed on or about __2/18/2018__
in violation of Title __18__ U.S.C., Section(s) __1343; 1349; 981(a)__
to wit: _____

A warrant for defendant's arrest was issued by: __Rebecca Beach Smith, Chief District Judge__

Bond of $ __Detention__ was ☐ set / ☑ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __6/13/2018__, by

_____, Deputy Clerk.

_____          __Peter Lackovic__
Signature of Agent               Print Name of Agent

__USMS__                         __Special Deputy__
Agency                           Title

CR-52 (05/98)        AFFIDAVIT RE OUT-OF-DISTRICT WARRANT