**INITIAL APPEARANCE MINUTES:**

Time set: __12:00__  Date: __7/6/18__
Start Time: __12:10 pm__  Presiding Judge: __Lawrence R. Leonard, USMJ__
End Time: __12:15 pm__  Courtroom Deputy: __Cristi Dodd__
                       Reporter: __FTR__
Split Time ( )         U.S. Attorney: __Stu Haynie__
                       Defense Counsel: _____
                       ( ) Retained ( ) Court appointed ( ) AFPD
                       Interpreter: _____

Case Number: 2:16cr55
USA v. Shakir McNeal

(X) Deft. Present (X) custody ( ) not in custody
( ) Initial Appearance ( ) Indictment ( ) Probation Violation Petition ( ) Supervised Release Petition
    ( ) Criminal Information ( ) Rule 5 arrest ( ) Rule 32 arrest ( ) Criminal Complaint
( ) Deft. advised of rights, charges and right to counsel
( ) Counsel desired ( ) Defendant to retain: _____
( ) Defendant's motion to substitute counsel
( ) Order to substitute counsel executed and filed in open court
( ) Financial Affidavit filed in open Court        __Eric Leckie previously appointed__
( ) Court ( ) Directed ( ) Denied appointment of counsel
( ) Court directed defendant to reimburse govt. at rate of $_____ per month. Payments to begin and
    continue each month thereafter until paid in full.
( ) Defendant waived ( ) Removal ( ) Preliminary hearing (In this District only)
( ) Defendant executed Waiver of Removal Hearing ( ) Waiver of Identity Hearing (In this District only)
( ) Waiver of Detention Hearing (In this District only)
( ) Commitment to Another District entered and filed in open court
( ) ( ) Preliminary ( ) Removal Hearing set for _____ at _____ before
    _____ U.S. Magistrate Judge in _____.
( ) Preliminary Hearing           ( ) Held ( ) Waived. ( ) Defendant stipulated to probable cause
( ) Court finds probable cause ( ) Defendant held for Grand Jury ( ) Defendant remanded to custody of
    U.S. Marshal for removal to charging district   __Detention Ordered previously in California__
( ) Government motion for Detention
( ) Government motion to withdraw motion for detention and set bond ( ) Granted   ( ) Denied
( ) Detention Hearing scheduled for _____ at _____ before _____.
( ) Detention Hearing ( ) Held ( ) Waived in _____.
( ) Temporary Detention Order entered and filed ( ) Detention Ordered Pending Trial
( ) Bond set at $_____
( ) Special Conditions of Release: **(See Page 2)**
(X) Deft. remanded to custody of U. S. Marshal
( ) Warrant returned executed and filed in open court
(X) Defendant is directed to appear on __8/1/18__ at __2pm__ for
    ( ) Arraignment ( ) SRVH ( ) PVH ( ) Bench
    Trial   __Sentencing   before RBS__
    (X) Norfolk ( ) Newport News
( ) _____
( ) _____