FILED
IN OPEN COURT

AUG - 1 2018

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 2:16CR55 |
| | ) |
| SHAKIR MCNEAL | ) |
| *Defendant.* | ) |
| | ) |

## RESTITUTION ORDER

1. Pursuant to 18 U.S.C § 3663A(a)(1), the defendant is ordered to pay restitution in the amount of **$143,675.71** jointly and severally with other defendants who are ordered to pay restitution for the same losses. Defendants in a related case are Shaquana K. Taylor (2:15CR88), Anthony V. Newton (2:15CR88), and Dewrel L. Burleson (2:15CR102).

2. The amount of restitution paid to any victim, collectively, shall not exceed the victim's total loss from the offenses of conviction.

3. The victim's names, addresses, and the victim's respective total loss amounts are listed on the Sealed Attachment A to this Restitution Order.

4. Interest:

    ✓ is waived.

    ____ accrues as provided in 18 U.S.C § 3612(f).

4. Notwithstanding any other provision of this Restitution Order or the sentence imposed, including the directive to make periodic payments, restitution is due in full and payable immediately from assets known and unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time.

5. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

6. If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $ 400.00 per month or 25 percent of net income, whichever is greater, beginning 60 days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed.

7. All payments shall be made to the Clerk of Court, United States District Court, 600 Granby Street, Norfolk, Virginia 23510-1811.

8. Within 30 days of (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

9. No delinquent or default penalties will be imposed except upon Order of the Court.

10. The Clerk of Court shall distribute the funds to the victims on a pro rata basis. The Clerk may withhold distribution of any restitution amounts until the sum available for restitution to each victim is at least $25.00.

/s/
Rebecca Beach Smith
Chief Judge

Honorable Rebecca Beach Smith
Chief United States District Judge

ENTERED this 1st day of Aug, 2018.

at Norfolk, Virginia

WE ASK FOR THIS:

G. Zachary Terwillger
United States Attorney

Stephen W. Haynie
Assistant United States Attorney
United States Attorney's Office
101 West Main Street Suite 8000
Norfolk, Virginia 23510
Telephone -757-441-6331
Email: steve.haynie@usdoj.gov

SEEN AND AGREED:

Shakir McNeal
Defendant

Eric Leckie
Counsel for the Defendant
2408 Princess Anne Road
P.O. Box 1320
Virginia Beach, VA 23456
Telephone: 757-337-2727
Email: ericleckie@invictus-law.com

2

## ATTACHMENT A TO RESTITUTION ORDER

| Victim: | Loss Amount: |
|---|---|
| G.C. | $3,000.00 |
| R.C. | $4,500.00 |
| K.S. | $2,000.00 |
| R.S. | $8,500.00 |
| A.S. | $5,000.00 |
| F.S. | $12,750.00 |
| A.T. | $4,500.00 |
| J.T. | $8,000.00 |
| R.W. | $8,500.00 |
| A.Z. | $4,000.00 |
| K.G. | $43,950.00 |
| M.H. | $20,000.00 |
| C.K. | $12,700.00 |
| J.K. | $6,275.71 |
| Total due from defendant: | $143,675.71 |